UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| JEWELL OTIS | ) | |
| | ) | |
| v. | ) | NO. 3:12cv0676 |
| | ) | JUDGE NIXON |
| RENAL CARE GROUP, INC. | ) | |
| | ) | |

ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 3/29/2013.

    KEITH THROCKMORTON, CLERK
    s/Tina M. Webster, Deputy Clerk